**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-06642 GAF (AGRx) | Date | November 1, 2013 |
|---|---|---|---|
| Title | Roderick Wright et al v. Renzenberger et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

**ORDER RE: SCHEDULE**

The following sets forth the current schedule in this case:

Motion for Class Certification:    March 10, 2014

Opposition to Motion:    March 31, 2014

Reply to Opposition:    April 7, 2014

Hearing:    April 14, 2014 at 9:30 a.m.

    Discovery prior to March 10, 2014, is limited to issues pertinent to class certification. The Court recognizes that there may be overlap between merits questions and the class certification motion. The parties are encouraged to resolve discovery disputes informally to the maximum extent possible. Magistrate Judge Rosenberg will handle those that require Court intervention. The parties are advised that this Court will not further extend the class certification schedule for any reason including discovery disputes. If disputes arise, they are to be addressed as soon as reasonably possible.

    A Rule 26(f) scheduling conference will be scheduled following the Court's ruling on the certification motion. The conference scheduled for November 4, 2013, is **VACATED.**

    **IT IS SO ORDERED.**