LINK: 41

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6642 GAF (AGRx) | Date | June 19, 2014 |
|---|---|---|---|
| Title | Roderick Wright et al v. Renzenberger, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Proceedings:**     (In Chambers)

## ORDER STAYING CASE

    On April 14, 2014, this Court granted in part and denied in part Plaintiffs' motion for class certification. (Docket No. 37 [4/14/14 Order].) On June 12, 2014, the Ninth Circuit granted Plaintiffs permission to appeal that decision. The Parties have therefore jointly requested that this action be stayed, pursuant to Rule 23(f), pending the outcome of the appeal. (Docket No. 41 [Not. of Order and Jt. Req. for Stay].)

    Only a small sliver of the action still remains with this Court. One of Plaintiffs' five proposed classes was certified; the other four were rejected, and now form the basis of the Ninth Circuit's review. Judicial economy therefore favors temporarily staying the remaining claim.

    The joint request for a stay, made pursuant to Rule 23(f), is therefore **GRANTED**. This action shall be **STAYED** pending resolution of the appeal. Plaintiffs shall notify the Court of the Circuit's decision within 30 days of receipt of that decision.

    **IT IS SO ORDERED.**