JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WRIGHT, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> RENZENBERGER, INC., et al., <br><br> Defendant(s) <br> _____ | CASE NO. CV13-6642 GAF (AGRx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY PENDING APPEAL |

The Court having been advised that on June 12, 2014, the United States Court of Appeals for the Ninth Circuit issued its order granting plaintiffs' Petition for Permission to Appeal and Joint Request to Stay Further Proceedings,

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiffs file a semi-annual status report commencing on September 22, 2014.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: June 19, 2014

_____
GARY ALLEN FEESS
United States District Judge