JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WRIGHT, et al., | Case No. CV 13-6642 FMO (AGRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| RENZENBERGER, INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Roderick Wright shall be paid a service payment of $10,000; plaintiffs Fernando Olivarez and Marcus Haynes, Jr. shall each be paid a service payment of $5,000; and plaintiff Michael Watson shall be paid a service payment of $2,500, in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $1,516,666.60 in attorney's fees and $40,000 costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, CPT, shall be paid $35,000 for its fees and costs in accordance with the terms of the Settlement Agreement.

4. All class members have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 24th day of August, 2020.

                                                    /s/
                                      Fernando M. Olguin
                                  United States District Judge